IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| JERRY MACK DORROUGH, : <br> #87089-131 <br> : <br>    Petitioner <br> : <br>        v. <br> : <br> U.S. PAROLE COMMISSION <br> : <br>    Respondent | Civil Action No: PJM-06-1708 |

o0o

**MEMORANDUM OPINION**

Pending is a pro se pleading titled "Suit in Equity" filed by Jerry Mack Dorrough, a federal prisoner incarcerated at the Federal Correctional Institution in Texarkana, Texas. Mr. Dorrough challenges the calculation of his parole.[1] He has also filed a Motion for Leave to Proceed in Forma Pauperis which will be granted by separate Order. By attacking the calculation of his parole, Petitioner is challenging the execution of his sentence. Challenges to the execution of a prisoner's federal sentence are properly cognizable in a 28 U.S.C. §2241 habeas petition. *See, e.g., United States v. Miller*, 871 F.2d 488, 490 (4th Cir.1989).

Courts may grant a writ of habeas corpus "within their respective jurisdictions." 28 U.S.C.

---

[1] It does not appear that Petitioner was convicted of any criminal offenses in this Court. Electronic court records show, however, that Petitioner was convicted in 1963 of robbery and putting the life of a postal employee in danger. After his release on parole, he fled and eluded authorities until his arrest in 1998. *See United States v. Dorrough*, 101 Fed. Appx. 974, 975 (5th Cir. 2005) (unpublished). To the extent Petitioner might be intending here to collaterally challenge a subsequent revocation of his parole in a 28 U.S.C §2255 action, his claim must be brought in the United States District Court which ordered the revocation. *See Dorrough v. United States Parole Commission*, 2006 WL 1305168 (E.D. Texas).

§ 2241(a). This means that in a § 2241 action, the petition must be filed in the district court of the district where petitioner is in custody. *See Braden v. 30th Judicial Circuit*, 410 U.S. 484, 495-500 (1973); Miller, 871 F.2d at 490. In this case, Petitioner is in the custody of the warden at FCI Texarkana, a facility is located within the jurisdiction of the United States District Court for the Eastern District of Texas.[2] For this reason, this case will be dismissed without prejudice for lack of jurisdiction to permit Petitioner to refile his claim in the appropriate court. A separate order follows.

 

July 24, 2006

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

---

[2] The address for that court is 500 State Line Avenue, Texarkana, TX 75501. The phone number is (903) 794-8561.